FILED

2009 Sep-02  AM 10:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **ERIC NELSON BERTRAM** | **)** | |
| | **)** | |
| **Petitioner,** | **)** | |
| | **)** | |
| **v.** | **)** | **1:09-CV-1527-VEH-JEO** |
| | **)** | |
| **CONSTANCE REESE, WARDEN,** | **)** | |
| | **)** | |
| **Respondent.** | **)** | |

---

## <u>MEMORANDUM OPINION</u>

Eric Nelson Bertram (hereinafter "Bertram" or "the petitioner"), an inmate

incarcerated at the Federal Correctional Institution, Talladega, Alabama, has filed

what is nominally a pro se petition for a writ of habeas corpus, pursuant to 28

U.S.C. § 2241.  (Doc.[1] 1).  Pursuant to 28 U.S.C. § 636(b) and the usual practice of

this court, the petition was referred to a magistrate judge for preliminary review.

On August 25, 2009, the magistrate judge entered a report and recommendation

finding (1) that Bertram's § 2241 habeas petition is due to be recharacterized as a

motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255,

because it amounts to a collateral attack on three convictions and sentences

entered by the United States District Court for the Northern District of Texas and

---

[1]References herein to "Doc. __" are to the docket numbers assigned by the Clerk of the Court to the pleadings filed in this matter.

(2) that such § 2255 motion is due to be dismissed for lack of subject-matter jurisdiction because it might be entertained only in the federal district court of conviction.  (Doc. 5).  Bertram has filed written objections to the magistrate judge's report and recommendation.  (Doc. 6).

The court has considered the entire file in this action together with the magistrate judge's report and recommendation and the petitioner's objections and has reached an independent conclusion that the magistrate judge's report and recommendation is due to be adopted and approved.  Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accordance with the recommendation, the court will recharacterize Bertram's § 2241 habeas petition as a § 2255 motion, and such pleading will then be dismissed without prejudice for lack of subject-matter jurisdiction.  An appropriate order will be entered.

**DONE** this the 2nd day of September, 2009.

**VIRGINIA EMERSON HOPKINS**
United States District Judge